# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.1:10-cr-00038-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SETH RYAN BEAVERS,
    a/k/a Seth Ryan Godfrey Beavers, a.k.a. Seth Ryan Beavers Godfrey,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Seth Ryan Beavers, a.k.a. Seth Ryan Godfrey Beavers, a.k.a. Seth Ryan Beavers Godfrey, year of birth 1984, DOC # 137316, before a United States Magistrate Judge, forthwith, for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 28th day of January, 2010.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO