IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00038-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SETH RYAN BEAVERS,

    Defendant.
_____

## MINUTE ORDER SETTING CHANGE OF PLEA HEARING
_____
**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on April 23, 2010 [Docket No. 20]. A Change of Plea hearing is set for **April 30, 2010 at 2:30 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

    ORDERED that the Trial Preparation Conference previously scheduled for **April 30, 2010 at 2:30 p.m.** is VACATED.

    DATED April 23, 2010.