IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00038-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SETH RYAN BEAVERS,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing in this case is re-set for **September 10, 2010 at 2:30 p.m.**

    DATED July 9, 2010.